Michael G. Woods, # 058683-0  
McCormick, Barstow, Sheppard,  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA  93720-1501  
Telephone:    (559) 433-1300  
Facsimile:    (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants  
COUNTY OF CALAVERAS and CARL MAXWELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FRAGA, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS, a public entity; KARL MAXWELL, an individual; and DOES 1-100, inclusive,<br><br>          Defendants. | Case No.  1:08 CV 00977 OWW SMS<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff JOE FRAGA and Defendants COUNTY OF CALAVERAS and CARL MAXWELL that the Complaint filed herein shall be dismissed with prejudice.

Dated: December 30, 2009

          McCORMICK, BARSTOW, SHEPPARD,  
          WAYTE & CARRUTH LLP

          By:   /s/ Michael G. Woods  
          MICHAEL G. WOODS  
          Attorneys for Defendant  
          COUNTY OF CALAVERAS and CARL MAXWELL

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 29, 2009                    MAYALL, HURLEY, KNUTSEN, SMITH & GREEN


By:   /s/ Mark S Adams
     MARK S. ADAMS
     Attorneys for Plaintiff, JOE FRAGA

## ORDER

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiff JOE FRAGA is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

Dated:   December  31, 2009                    /s/ OLIVER W. WANGER
                                               United States Senior District Judge

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

1:08 CV 00977 OWW SMS

PDF created with pdfFactory trial version www.pdffactory.com